IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TYLER HALL**                                                                                                      **PLAINTIFF**

**V.**                           **CASE NO. 4:19CV00737 JM**

**C.R. BARD, INC. AND BARD
PERIPHERAL VASCULAR, INC.**                                                         **DEFENDANT**

## ORDER

On December 2, 2019, the Court issued an order advising counsel that his failure to comply with Local Rule 83.5 within ten (10) days of the entry of the Order would result in the dismissal of this case without prejudice. Plaintiff's counsel has not responded to the Order of the Court. Accordingly, Plaintiff's complaint is dismissed without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 2nd day of January, 2020.

_____
James M. Moody Jr.
UNITED STATES DISTRICT JUDGE

\